UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MCCRACKEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KSF ACQUISITION CORPORATION,<br><br>　　　　Defendant. | Case No. 5:22-cv-01666-SB-SHK<br><br>ORDER OF DISMISSAL |

　　　The parties filed a notice of settlement on July 12, 2023. In light of the parties' statement that they intend to file a stipulation of dismissal by July 28, it appears that the settlement is individual only and not classwide.[1] This action is therefore dismissed in its entirety without prejudice. For 30 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case of Plaintiff Sarah McCracken's individual claims only will convert to a dismissal with prejudice on the 31st day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.

　　　The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 30 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit* **at least seven days before the deadline** *a declaration with a detailed timeline of all the*

---

[1] If the Court's assumption is mistaken, then the parties no later than July 17, 2023 shall file a joint notice addressing any class settlement. The Court will then vacate this order nunc pro tunc, and the parties should expect to appear in person on July 21, 2023 to address a schedule for approval of the class settlement.

*efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*   IT IS SO ORDERED.

Date: July 12, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge